## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CV4071                                    Purchased/Filed: May 24, 2007

STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT

*The New York City District Council of Carpenters Pension Fund, et al*    Plaintiff

against

*DTRT Construction, Inc.*    Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____June 1, 2007____, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint and Judges' Rules

on

____DTRT Construction, Inc.____, the Defendant in this action, by delivering to and leaving with ____Amy Lesch____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __1__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __307 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __23__    Approx. Wt: __160__    Approx. Ht: __5'9"__
Color of skin: __White__    Hair color: __Blonde__    Sex: __F__    Other: ____

Sworn to before me on this

__5th__ day of ____June, 2007____

DONNA M TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica Miller

Invoice•Work Order # SP0704798

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**