| | | |
|---|---|---|
| BRIAN O'DWYER<br>GARY SILVERMAN<br>CHRISTOPHER DOWNES*<br>VICTOR GRECO<br>CODY K. M<sup>c</sup>CONE<br>GARY P. ROTHMAN*<br>———<br>STEVEN ARIPOTCH<br>J. P. DELANEY<br>DAVID H. SCHULTZ**<br>RAÚL GARCÍA<br>ROBERT DUNNE<br>JASON S. FUIMAN<sup>△</sup><br>M. GLADYS T. ORANGA<br>ANDREW R. GRABOIS<br>NICHOLAS STANTON<br>HELEN WROBEL | **O'DWYER & BERNSTIEN, LLP**<br>ATTORNEYS AT LAW<br>PAUL O'DWYER WAY<br>52 DUANE STREET<br>NEW YORK, N.Y. 10007<br>(212) 571-7100<br>(516) 248-4224<br>FAX (212) 571-7124 | PAUL O'DWYER (1907-1998)<br>OSCAR BERNSTIEN (1885-1974)<br>FRANK DURKAN (1930-2006)<br>———<br>OF COUNSEL:<br>THOMAS J. HUGHES, JR.<br>ANNE M. PAXTON<br>MICHAEL CARROLL<br>CRAIG R. NUSSBAUM**<br>* ALSO ADMITTED IN NJ<br>** ALSO ADMITTED IN CT<br>△ ALSO ADMITTED IN PA & NJ<br>WRITER'S DIRECT DIAL |

**MEMO ENDORSED**

July 11, 2007


RECEIVED JUL 1 1 2007 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

**Hand Delivery**
Honorable Richard M. Berman
United States District Judge
United States District Court
500 Pearl Street, Room 2230
New York, NY 10007

RE:   The NYC District Council of Carpenters Pension Fund, et. al. v.
      DTRT Construction, Inc.
      **07 CV 4071 (RMB)**

Dear Judge Berman:

I am writing to request an adjournment of the initial pretrial conference in the above-referenced matter, scheduled for July 13, 2007 at 9:00 am.

Please note that the defendant has neither answered nor made an appearance with respect to the complaint which was served on June 1, 2007. We do not expect the defendant to appear at Friday's conference. The time to answer has expired therefore I request an adjournment so as to file for default judgment. No previous requests for an adjournment have been made.

In advance, thank you for your attention to this matter.

Respectfully yours,

O'DWYER & BERNSTIEN, LLP

By: ANDREW GRABOIS

*Handwritten endorsement:* Adjourned to 7/24/07 @ 9:15 A.M. See Court's rules re: default judgments.

**SO ORDERED:**
Date: 7/12/07   Richard M. Berman
Richard M. Berman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/12/07