**O'DWYER & BERNSTIEN, LLP**
ATTORNEYS AT LAW
PAUL O'DWYER WAY
52 DUANE STREET
NEW YORK, N.Y. 10007
(212) 571-7100
(516) 248-4224

FRANK DURKAN
BRIAN O'DWYER
GARY SILVERMAN
CHRISTOPHER DOWNES*
VICTOR GRECO
CODY K. McCONE
GARY P. ROTHMAN·

STEVEN ARIPOTCH
J. P. DELANEY
DAVID H. SCHULTZ**
RAÚL GARCÍA
ANGELIQUE NORTON
ROBERT DUNNE
JASON S. FUIMAN°
M. GLADYS T. ORANGA
ANDREW R. GRABOIS
NICHOLAS S. HANLON
HELEN WROBEL

PAUL O'DWYER (1907-1998)
OSCAR BERNSTIEN (1885-1974)

OF COUNSEL:
THOMAS J. HUGHES, JR.
ANNE M. PAXTON
MICHAEL CARROLL
CRAIG R. NUSSBAUM

* ALSO ADMITTED IN NJ
** ALSO ADMITTED IN CT
° ALSO ADMITTED IN PA & NJ

Writer's Direct Dial

**MEMO ENDORSED**

July 23, 2007

*Let's proceed as scheduled.*

SO ORDERED:
Date: 7/23/07   /s/ Richard M. Berman
Richard M. Berman, U.S.D.J.

**BY FAX: 212-805-6717**
Honorable Richard M. Berman
United States District Judge
United States District Court
500 Pearl Street, Room 1620
New York, New York 10007

RE: The NYC District Council of Carpenters Pension Fund, et. al. v.
DTRT Construction, Inc.
**07 CV 4071 (RMB)**

Dear Judge Berman:

I am writing to request an adjournment of the initial pretrial conference in the above-referenced matter, scheduled for Tuesday, July 24, 2007 at 9:15 a.m.

Please note that the defendant has neither answered nor made an appearance with respect to the complaint which was served on June 1, 2007. We do not expect the defendant to appear at Tuesday's conference and the time to answer has expired. Therefore, I am requesting an adjournment of the pre-trial conference with the intention of moving for default judgment by Tuesday, July 24, 2007. One previous request for an adjournment has been granted.

In advance, thank you for your consideration and assistance in this matter.

Respectfully yours,

O'DWYER & BERNSTIEN, LLP

/s/ Andrew Grabois
ANDREW GRABOIS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/07

RECEIVED
JUL 23 2007
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

07/23/07 MON 16:05 [TX/RX NO 8868]