UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY                 07 CV 4071 (RMB)
DISTRICT COUNCIL OF CARPENTERS ANNUITY                  ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN                **ORDER TO SHOW CAUSE**
RETRAINING, EDUCATIONAL AND INDUSTRY                    **FOR DEFAULT**
FUND, NEW YORK CITY DISTRICT COUNCIL OF                 **JUDGMENT AND ORDER**
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND, by
MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES,

                              Plaintiffs,

        -against-

DTRT CONSTRUCTION, INC.,

                              Defendant.
------------------------------------------------------------------------X

      UPON the annexed affidavit of Andrew Grabois, Esq. sworn to the 23rd day of July and all of the proceedings had herein, let Defendant DTRT Construction, Inc. appear before Judge Richard M. Berman at this Federal Courthouse, Courtroom 14A, located at 500 Pearl Street, New York, NY, 10007 on the 21 day of August, 2007 at 3 o'clock in the forenoon/afternoon of that day or as soon thereafter as the parties can be heard, to show cause why a Default Judgment and Order should not be entered against DTRT Construction, Inc. and in favor of plaintiffs, confirming an arbitration award dated April 2, 2007 against the Defendant, and awarding attorneys' fees and costs arising out of this action.

Sufficient cause therefore appearing, let service of a copy of this Order, together with the affidavit annexed hereto, on the Defendant by the same manner required to commence the action on or before 5:00 ~~A.M.~~/P.M. on the 7 day of August, 2007 be deemed good and sufficient service; opposition papers, if any, shall be served and filed on or before August 14, 2007 at 5:00pm; reply papers, if any, shall be served and filed on or before August 20, 2007 at 5:00 pm; courtesy copies of all papers shall be sent to Chambers on the same day they are filed.

Dated: New York, New York
       July 24, 2007

RMB
_____
Honorable Richard M. Berman
United States District Judge