UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS ANNUITY
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR-
MANAGEMENT COOPERATION FUND, by
MICHAEL J. FORDE, and PAUL O'BRIEN,
as TRUSTEES

    07 CV 4071 (RMB)
    ECF CASE

    **CLERKS
    CERTIFICATE**

                             Plaintiffs,

        -against-

DTRT CONSTRUCTION, INC.,

                          Defendant.

------------------------------------------------------------------------X

        I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of

New York, do hereby certify that this action commenced on May 24, 2007 by filing of the Summons and

Complaint, and a copy of the Summons and Complaint having been served on the defendant, DTRT

Construction, Inc., on June 1, 2007, by delivering one (1) true copy thereof to Amy Lesch, an authorized clerk

in the Office of the Secretary of State of the State of New York, and proof of service being filed on June 8,

2007, and by registered mail to DTRT Construction, Inc., 75 Essex Street, Suite 200, Hackensack, NJ 07601

on May 25, 2007, and proof of service being filed on May 29, 2007.

        I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise

moved with respect to complaint herein.  The default of the defendant is hereby noted.

Dated:   7/30/07
      New York, New York

                      **J. MICHAEL MCMAHON**
                      Clerk of the Court

              By:

                      Deputy Clerk