UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY                                    07 CV 4071 (RMB)
DISTRICT COUNCIL OF CARPENTERS                                  ECF CASE
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL                              **DEFAULT JUDGMENT**
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

                                      Plaintiffs,

-against-

DTRT CONSTRUCTION, INC.,

                                      Defendant.
-----------------------------------------------------------------------X

      This action having been commenced on May 24, 2007 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant DTRT Construction, Inc. on June 1, 2007 by delivering one (1) true copy of the same to the Secretary of the State of New York, pursuant to Section 307 of New York Business Corporation Law, and a proof of service having been filed on June 8, 2007, and by registered mail on May 25, 2007, and a proof of service having been filed on May 29, 2007, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on July 20, 2007, it is

2

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the liquidated amount of $2,350.00, representing costs and fees arising out of the arbitration, in addition to attorneys' fees and costs arising out of this action in the amount of $1,370.50 for a total of $3,720.50 and that DTRT Construction, Inc. and its officers are ordered to produce any and all books and records relating to DTRT Construction, Inc. for the period of January 6, 2004 through April 2, 2007.

Dated: _____
      New York, New York

 

_____
Honorable Richard M. Berman
United States District Judge

This document was entered on the docket on _____.